(128 So. 923)

**E. C., alias Bitts, RAY v. STATE.
6 Div. 764.**

Court of Appeals of Alabama.
May 20, 1930.

BRICKEN, P. J.

Upon arraignment, this appellant interposed a plea of guilty as charged in the indictment, but, notwithstanding said plea, he took this appeal from the judgment of conviction pronounced and entered in this case.   His pun-

ishment was fixed at imprisonment in the penitentiary for an indeterminate term.

This appeal was apparently taken for delay, as it is predicated here upon the record proper without a bill of exceptions. The record being in all things regular, the judgment of conviction in the lower court will stand affirmed.

Affirmed.